IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No. 1:02CR18-001 |
| | ) | |
| **VAUGHN SHERRER** | ) | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on July 10, 2007.

Based on the defendant's admission of guilt to the violations as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his supervised release.

IT IS HEREBY ORDERED that the defendant's term of supervised release be continued under the same terms and conditions as previously imposed with the following modifications:

"The defendant shall abide by all of the conditions of probation ordered in Alachua County Case No. 07-MM-1442."

All other terms and conditions of supervision shall remain in full force and effect.

DONE AND ORDERED this 7th day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge